**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------X
DARRIN KOPKO,                       :
                                    :
              Plaintiff,            :
                                    :         ORDER
    - against -                     :
                                    :
NATIONAL RAILROAD PASSENGER CORP.   :
(AMTRAK),                           :
                                    :      19 Civ. 8094 (VM)
              Defendant.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    In light of the ongoing public health emergency, the initial case management conference before the Honorable Victor Marrero has been rescheduled to a teleconference, to take place on Friday, March 27, 2020, at 11:45 a.m. The parties are directed to use the following dial-in: 973-368-6500, access code 2365.

    The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Dated:    New York, New York
           24 March 2020

                                              Victor Marrero
                                              U.S.D.J.