USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DARRIN KOPKO,  :
                                        :
               Plaintiff,               :
                                        : 19 Civ. 8094 (VM)
   - against -                          :
                                        :
                                        :     **ORDER**
NATIONAL RAILROAD PASSENGER             :
CORPORATION (AMTRAK),                   :
                                        :
               Defendant.               :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court previously scheduled a case management conference for July 10, 2020, at 10:00 a.m. (See "Case Management Plan," Dkt. No. 16.) The parties have jointly requested by email that the conference be adjourned and rescheduled to a date in late August or early September. In addition, the parties request that the deadlines in the Case Management Plan be extended as follows:

1. Fact discovery end date from July 20, 2020 to October 20, 2020,

2. Expert discovery end date from October 19, 2020, to January 19, 2021, and

3. Motions due March 19, 2021.

The deadlines are extended in accordance with the parties' request, and the July 10, 2020 conference will be rescheduled to Friday, September 11, 2020, at 4:15 p.m. In light of the ongoing public health emergency, the conference will take

place by telephone. The parties are directed to use the following dial-in: 1-888-363-4749 (international callers dial 1-215-446-3662); access code: 8392198.

**SO ORDERED.**

Dated:    New York, New York
         25 June 2020

_____
Victor Marrero
U.S.D.J.