```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DARRIN KOPKO,                          :
                                       :
                    Plaintiff,         :     19 Civ. 8094
                                       :
     - against -                       :        ORDER
                                       :
NATIONAL RAILROAD PASSENGER CORP.      :
(AMTRAK),                              :
                                       :
                    Defendant.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court will hold a case management conference in this matter on Thursday, September 24, 2020, at 11:00 a.m. The parties are directed to use the following dial-in: (888) 363-4749 (international callers dial 215-446-3662), access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Dated:    New York, New York
          17 September 2020

                                    _____
                                           Victor Marrero
                                              U.S.D.J.