```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DARRIN KOPKO,                           :
                                        :
                     Plaintiff,         :    19 Civ. 8094 (VM)
                                        :
       - against -                      :    ORDER
                                        :
NATIONAL RAILROAD PASSENGER CORP.,      :    REQUEST FOR STATUS UPDATE
                                        :
                     Defendant.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that fact discovery was scheduled to be completed on November 20, 2020, and motions were to be filed by March 19, 2021. (See Dkt. No. 18; Minute Entry dated September 24, 2020.) The public file contains no further entries, and no other communication with the Court has been received. Accordingly, it is hereby

**ORDERED** that the parties are directed to inform the Court within five (5) days of the date of this Order concerning the status of this litigation and the parties' contemplation regarding any further proceedings in this action.

**SO ORDERED.**

Dated:    New York, New York
          6 May 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 6, 2021